UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-24-316-R |
| ) | |
| CHANG ZHANG, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is the Unopposed Motion to Continue Trial. [Doc. No. 25]. For good cause shown, the Motion is GRANTED.

Defendant Zhang requests a continuance of her jury trial to the May 2025 trial docket as counsel for Ms. Zhang is preparing for trial in OKWD case number CR-24-371-PRW, scheduled on the March 11, 2025, trial docket. Additionally, counsel requests a continuance in order to adequately review the voluminous discovery with the Defendant and continue negotiations.

The Defendant has been contacted regarding this motion and defense counsel advises Defendant has executed a speedy trial waiver (Doc. 26). Defense counsel state that Assistant United States Attorney Elizabeth Bagwell has been contacted regarding a continuance to the May 2025 trial docket and she has no objection.

Considering the representation of the parties, the Court finds that the ends of justice are served by the granting of a continuance in this matter and outweigh the best interest of the public and of the defendants in a speedy trial. *See,* 18 U.S.C.

§3161(h)(7)(A). In making this determination, the Court has specifically considered the length of delay, the reason for delay, the defendant's assertion of their rights, any prejudice to the defendant, and other relevant circumstances. Additionally, the Court has considered whether: "the failure to grant a continuance would . . .likely make continuation of [the] proceeding impossible or result in a miscarriage of justice;" and failing to grant a continuance, "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation." *United States v. Toombs,* 574 F.3d 1262, 1268-69 (10th Cir. 2009), *quoting* 18 U.S.C. §3161(h)(B)(i)-(iv).

The Court finds that, due to the circumstances, granting the motion to continue the trial is in the best interest of justice. Accordingly, the Defendant's trial shall be set for the May 2025 docket.

IT IS SO ORDERED this 26th day of February, 2025.

*/s/ David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE