UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA
200 NW 4ᵀᴴ STREET, OKLAHOMA CITY, OK 73102
COURTROOM 302

**CRIMINAL JURY DOCKET BEFORE JUDGE DAVID L. RUSSELL**
**TUESDAY, JUNE 10, 2025 AT 9:00 A.M.**

**PHOTO ID IS REQUIRED FOR <u>ANYONE</u> ENTERING THE FEDERAL COURTHOUSE.**

Notice to all counsel: any motions to continue and/or plea changes **must** be filed and/or presented to the Court **no later than Tuesday, May 27ᵗʰ, 2025.**

| Case | Parties | Counsel |
|---|---|---|
| CR-22-6-R | United States of America<br><br>-v-<br><br>Julian Nieto Perez | Jason M. Harley<br>Nicholas M. Coffey<br><br>Amber Leal<br>Scott Adams |
| CR-24-316-R | United States of America<br><br>-v-<br><br>Chang Zhang | Elizabeth M. Bagwell<br><br>Daniel Page<br>Edward M. Blau |
| CR-24-470-R | United States of America<br><br>-v-<br><br>Caleb Rupert Graves | Elizabeth Joynes<br>Kaleigh Blackwell<br><br>Michael W. Noland |
| CR-24-494-R | United States of America<br><br>-v-<br><br>Kantrell Dawan Henderson | Stanley J. West<br><br>John W. Coyle, IV |
| CR-24-513-R | United States of America<br><br>-v-<br><br>Joseph Preston Anderson (1)<br>Tiffani Amber Stevens (2) | Elizabeth Joynes<br>Kaleigh Blackwell<br><br>Michael W. Noland<br>Thomas M. Wright |

| | | |
|---|---|---|
| CR-25-24-R | United States of America | Jordan Ganz |
| | -v- | |
| | Jason Fuentes | Cesar A. Armenta<br>Judith Sarai Gallegos |
| CR-25-49-R | United States of America | Elizabeth Joynes |
| | -v- | |
| | Ronnie Allen Barton | Traci L. Rhone |
| CR-25-116-R | United States of America | Drew E. Davis |
| | -v- | |
| | Robert Allen Keefe | Sanjuanita Martinez |
| CR-25-135-R | United States of America | Elizabeth Joynes |
| | -v- | |
| | Fiorman Erick Gillett | Craig M. Hoehns |
| CR-25-144-R | United States of America | Elizabeth M. Bagwell |
| | -v- | |
| | Jesus Manzano (1)<br>Samantha Yoder (2) | Gary W. Wood<br>Marna S. Franklin |