# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐    Misdemeanor ☐    Felony ☑    USAO No.:_____    Case No.:__CR-24-316-R__

Charging Document: **SS Information**    No. of Defendants:__1__    Total No. of Counts:__1__    Sealed: Y ☐

Forfeiture: Y ☐    OCDETF: Y ☑    McGirt: Y ☐    Warrant ☐    Summons ☐    Notice ☑    N ☑
N ☑    N ☐    N ☐    Companion Case No. (if any):_____

**DEFENDANT INFORMATION:**    By:__DR__

| Name: **CHANG ZHANG** | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX-XX-1988    SSN:XXX-XX-1988 | Race: Asian    Interpreter: Y ☐    N ☑ |
| Sex:    M ☐    F ☑    Juvenile:  Y ☐    N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**    **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

| ☑ Not in Custody    ☐ Detention Requested | Complaint:    Y ☐    N ☑ |
|---|---|
| ☑ Type of Bond: Surety | Magistrate Judge Case No.: MJ- |
| ☐ In Custody at:_____ Inmate/Prisoner/Register No.:_____ | Previously Detained:    Y ☐    N ☑ |

**ATTORNEY/AGENCY INFORMATION:**

| ☐ Public Defender  ☐ CJA Panel  ☑ Retained | Name: Ed Blau    Address: _____    Phone: _____ | AUSA: Elizabeth M. Bagwell    Agent /Agency:  DEA    Local Officer/Agency:_____ |
|---|---|---|

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(C) – NMT 20 years imprisonment; $1,000,000 fine; or both; NLT 3 years S/R; $100 S/A |
| Forfeiture Allegations | 21 U.S.C. § 853 | Criminal Forfeiture | Forfeiture of Property or Items |

**Signature of AUSA:** s/Elizabeth M. Bagwell    **Date:** 07/23/2025