IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No.  CR-24-316-R |
| ) | |
| CHANG ZHANG, ) | |
| ) | |
| Defendant. ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

**COMES NOW,** Defendant Chang Zhang, by and through Counsel Ed Blau, OBA #20626 and respectfully requests a three-week extension of time to September 15, 2025, to submit objections to the Presentence Investigation Report (PSR) prepared on August 11, 2025. In support of this Motion, Defendant states the following:

1. On August 7, 2024, the Federal Grand Jury returned an Indictment charging Ms. Zhang with one (1) count of Drug Conspiracy and one (1) count of Possession of Marijuana with Intent to Distribute; Aiding and Abetting. (Doc. 1).

2. On September 3, 2024, counsel entered their appearances, Ms. Zhang was arraigned as to the Indictment, and she was released on a $50,000 unsecured bond with conditions. (Docs. 3-8).

3. On May 27, 2025, Ms. Zhang requested a combined plea and sentencing hearing, which was granted on May 28, 2025. (Docs. 34-35).

4. The Initial PSR in this case was filed on August 11, 2025. (Doc 36).

1

5. No previous extensions have been requested to file these objections. Pursuant to Rule 32 objections are to be submitted by August 25, 2025.

6. Counsel's busy docket and previously planned vacation out of the country have not allowed him the time necessary to schedule meetings with Ms. Zhang to adequately review the PSR and identify any objections. Further, counsel is transitioning associates and believes that, in light of onboarding the new associate, they will need additional time to properly analyze the PSR and discuss its contents with Defendant.

7. A plea and sentencing date is not currently set for this case.

8. Assistant United States Attorney Elizabeth Bagwell has been contacted in this motion and has no objection to the requested three-week extension.

9. This motion is made in good faith, in the interest of justice, and not for dilatory purposes.

10. Counsel is not aware any prejudice will occur to either party as a result of this short extension of time.

11. It is in the interest of justice to grant a three (3) week extension of time until September 15, 2025, to allow proper consultation concerning any objections to the PSR to be lodged as they may affect the final report or bring issues to the attention of the Court that would bear upon the sentence, when it is imposed.

**WHEREFORE,** for the foregoing reasons, counsel for Ms. Zhang respectfully requests this Court to grant this motion for an extension of time to submit

any objections to the PSR. Counsel requests an extension of time for both parties to submit objections to the PSR to US Probation by September 15, 2025.

Respectfully Submitted,

_s/Edward Blau_
EDWARD M. BLAU, OBA #20626
Blau Law Firm
101 Park Avenue, Suite 600
Oklahoma City, Oklahoma 73102
Telephone: (405) 232-2528
Facsimile: (405) 232-2532
E-mail: edblau@blaulawfirm.com
*ATTORNEY FOR DEFENDANT*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August, 2025, a true and complete copy of the within and foregoing instrument was delivered by ECF mailing to:

AUSA Elizabeth Bagwell
Western District of Oklahoma

                                                s/Edward Blau
                                                EDWARD M. BLAU, OBA #20626