UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

**PHOTO ID IS REQUIRED FOR <u>ANYONE</u> ENTERING THE FEDERAL COURTHOUSE**

| | |
|---|---|
| **United States of America** | **<u>NOTICE OF HEARING</u>** |
| v. | Case No. **CR-24-316-R** |
| **Chang Zhang**<br>(USM No. 33708-511)<br>*On Bond.* | |

Type of Case       CIVIL                          **CRIMINAL  X**

<u>*TAKE NOTICE*</u>
That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place: William J. Holloway, Jr. U.S. Courthouse          DATE AND TIME
       200 N. W. 4th Street                              **December 8, 2025 at 9:00am**
       Oklahoma City, Ok.  73102
       **Courtroom 302**

TYPE OF PROCEEDING
                    **COMBINED PLEA AND SENTENCING**

<u>September 18, 2025</u>
Date                                              s/Taylor Beams
                                                  BY DEPUTY CLERK

USPO Megan Hicks