## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| )| |
| Plaintiff,     ) | |
| ) | |
| -vs-     ) | Case No.  CR-24-316-R |
| ) | |
| CHANG ZHANG,     ) | |
| ) | |
| Defendant.     ) | |

### MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE

Defendant Chang Zhang, by and through counsel, hereby moves this Honorable Court to seal the following:

- *Defendant Zhang's Sentencing Memorandum and Motion for Downward Variance;*

- This *Motion to Seal*; and

- Any sealing order issued.

This motion, by its very existence, and the Defendant Zhang's Sentencing Memorandum and Motion for Downward Variance contain statements that could jeopardize the safety of the defendant.

Respectfully submitted this 29th day of October 2025.

    /s/ Edward M. Blau
EDWARD M. BLAU, OBA#20626
Blau Law Firm, PLLC
101 Park Avenue, Suite 600
Oklahoma City, Oklahoma 73102
Telephone: (405) 232-2528
Facsimile: (405) 232-2532
E-mail: edblau@blaulawfirm.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 29, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing.

AUSA Elizabeth Bagwell
Western District of Oklahoma

                                    /s/ Edward M. Blau
                                    EDWARD M. BLAU